# IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF GEORGIA
### ATLANTA DIVISION

ARLANDA A. SMITH,                      :
                                       :
    Plaintiff,                        :
                                       :
v.                                     :    CIVIL ACTION NO.
                                       :    1:13-CV-0768-RWS
MARNE L. MERCER,                       :
in her official and individual         :
capacity with the Dekalb County        :
Police Department, *et al.*,           :
                                       :
    Defendants.                       :

## ORDER

This case is before the Court for consideration of Plaintiff's Motion to

Amend Statement of Issues on Appeal [16]. After due consideration, the Motion

is hereby **GRANTED**.

**SO ORDERED**, this _2nd_ day of May, 2014.


_____
RICHARD W. STORY
UNITED STATES DISTRICT JUDGE

AO 72A
(Rev.8/82)